IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ALEXANDER BODDIE, JR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:08CV923 |
| | ) | |
| CORPORAL GATTA, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER AND RECOMMENDATION

This matter comes before the Court <u>sua sponte</u>. By order of this Court dated March 30, 2009, Alexander Boddie, Jr., Plaintiff was forewarned that this action would be dismissed without further notification should he fail to comply within ten days with the Court's earlier order conditionally granting plaintiff pauper status.

Now, upon finding that Alexander Boddie, Jr., Plaintiff has failed to so comply, **IT IS ORDERED** that plaintiff's pauper status is hereby revoked, and **IT IS RECOMMENDED** that this action is dismissed without prejudice.

April 15, 2009

_____
**United States Magistrate Judge**