# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| ALEXANDER BODDIE, JR., | ) | |
|---|---|---|
| Plaintiff, pro se, | ) | **J-U-D-G-M-E-N-T** |
| v. | ) | 1:08CV923 |
| CORPORAL GATTA, et al., | ) | |
| Defendant(s). | ) | |

On April 15, 2009, the United States Magistrate Judge's Recommendation was filed, and notice was served on the parties pursuant to 28 U.S.C. § 636(b). No objections were received by the court within the time prescribed by the statute.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS HEREBY ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice.

_____
United States District Judge

January 26, 2011