IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ALEXANDER BODDIE, JR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:08CV923 |
| | ) | |
| CORPORAL GATTA, | ) | |
| OFFICER T.J. BOWMAN, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

BEATY, District Judge.

This matter is before the Court on a Recommendation of the United States Magistrate Judge recommending that Defendants' Motion for Summary Judgment be granted. The Recommendation was filed on June 25, 2013, and notice was served on the parties pursuant to 28 U.S.C. § 636(b). No objections were filed within the time limits prescribed by § 636. In the absence of objections, this Court reviews the Recommendation only for clear error. See Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005); Fed. R. Civ. P. 72 advisory committee's note. The Court has appropriately reviewed the Recommendation. Having done so, the Court finds that no clear error exists and the Recommendation should be adopted. The Magistrate Judge's Recommendation [Doc. #25] is therefore affirmed and adopted for the reasons set forth therein.

IT IS THEREFORE ORDERED that Defendants' Motion for Summary Judgment [Doc. #19] is GRANTED and this case is DISMISSED. A Judgment will be entered contemporaneously herewith.

This, the 12th day of August, 2013.

United States District Judge